## Butler Estate.

Argued January 11, 1950. Before MAXEY, C. J., DREW, LINN, STERN, STEARNE and JONES, JJ.

280

*Joseph G. Denny, Jr.,* with him *William F. Bohlen* and *Allen S. Olmsted, 2nd,* for appellants.

*Read Rocap, Jr.,* with him *Thomas H. Broomall,* for appellee.

OPINION PER CURIAM, March 20, 1950:
The decree is affirmed on the opinion of President Judge VAN RODEN. Costs to be paid out of the corpus of the estate.